Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

SOUTHERN _____ District of TEXAS

_____ Division

United States Courts
Southern District of Texas
FILED

APR 20 2022

Nathan Ochsner, Clerk of Court

AAKIL HOLDINGS TRUST,
ESTATE OF BETTY J. GROVES
NORRIS GROVES, RAYMOND GROVES

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

REVERSE MORTGAGE SOLUTIONS

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 4:22CV1258

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | AAKIL HOLDINGS TRUST, ESTATE OF BETTY J. GROVES NORRIS GROVES, RAYMOND GROVES |
| Street Address | 2211 GROVE TERRACE LN |
| City and County | MANVEL |
| State and Zip Code | TEXAS 77578 |
| Telephone Number | 713 982 8437 |
| E-mail Address | NORRIS.GROVES @ ATT.NET |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name      REVERSE MORTGAGE SOLUTIONS INC

Job or Title *(if known)*

Street Address      14405 WALTERS RD. STE 200

City and County      HOUSTON, HARRIS

State and Zip Code      TEXAS 77014

Telephone Number      (866) 503 - 5559

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the

        State of *(name)* _____.

    b.   If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated

        under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)*

        _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of

        the State of *(name)* _____. Or is a citizen of

        *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

        b.      If the defendant is a corporation

The defendant, *(name)* REVERSE MORTGAGE SOLUTIONS , is incorporated under the laws of the State of *(name)* TEXAS , and has its principal place of business in the State of *(name)* TEXAS .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 180,000

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

HOUSTON, TEXAS

B.     What date and approximate time did the events giving rise to your claim(s) occur?

APRIL 2020

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   What are the facts underlying your claim(s)? *(For example: What happened to you?  Who did what?
     Was anyone else involved?  Who else saw what happened?)*

THE DEFENDANT WAS FRAUDULENT IN THEIR ACTIONS
BY FAILING TO PROVIDE FULL DISCLOSURES DURING
THE LOAN PROCESS, RESULTING IN A NON JUDICIAL
FORECLOSURE, AND SALE OF THE PROPERTY, UPON
THE DEATH OF THE ORIGINAL BORROWERS.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.

N/A

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

① WE SEEK TO INVALIDATE THE ORIGINAL CONTRACT, WHICH WAS
BASED ON FRAUD.

② INVALIDATE THE NON JUDICIAL FORECLOSURE

③ INVALIDATE THE SALE OF THE PROPERTY (IN DURESS)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        APRIL 20, 2022

Signature of Plaintiff

Printed Name of Plaintiff    AAKIL HOLDINGS TRUST- ESTATE OF BETTY J GROVES MORRIS GROVES, ROYMOND GROVES

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney      _____

Printed Name of Attorney   _____

Bar Number          _____

Name of Law Firm       _____

Street Address        _____

State and Zip Code      _____

Telephone Number       _____

E-mail Address        _____